IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. THOMAS, JR., # 183374, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:16cv629-ECM |
| ) | [WO] |
| DEWAYNE ESTES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On September 12, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (doc. # 23) is ADOPTED.

2. Petitioner James E. Thomas, Jr.'s petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. # 1) is DENIED and this case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 31st day of October, 2018.

   /s/   Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE